UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-24008-CIV-MARTINEZ

PURPLE INNOVATION, LLC,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    **THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Application for Entry of Preliminary Injunction (the "Motion"), (ECF No. 12). (ECF No. 14). Judge Sanchez filed an R&R recommending that the Motion be **GRANTED**. (ECF No. 33). The Court has reviewed the entire file and record, and notes that no objections have been filed.

    After careful consideration, it is hereby **ADJUDGED** that United States Magistrate Judge Sanchez's R&R, (ECF No. 33), is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

    **ADJUDGED** that Plaintiff's Application for Entry of Preliminary Injunction, (ECF No. 12), is **GRANTED** as set forth in Judge Sanchez's R&R.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 3 day of December, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record