UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-24008-CIV-MARTINEZ-SANCHEZ

PURPLE INNOVATION, LLC,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Entry of Final Default Judgment Against Defendants, (ECF No. 51). (ECF No. 52.) Judge Sanchez filed his R&R, (ECF No. 59), recommending that Plaintiff's Motion be granted, and that damages and injunctive relief be awarded. Judge Sanchez also recommended that Plaintiff be required to present additional evidence of the profits that it seeks from each Remaining Defendant. (ECF No. 59 at 18.) The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation, (ECF No. 59), is **AFFIRMED** and **ADOPTED**.
2. Plaintiff's Motion for Final Default Judgment, (ECF No. 51), is **GRANTED**.
3. Plaintiff shall submit additional evidence of the profits that it seeks from each Remaining Defendant **on or before October 17, 2025**.

4. The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

5. Final Judgment will be entered by separate order.

**DONE AND ORDERED** in Miami, Florida, this 29 day of September, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record